DANIEL A. ANDRIST (State Bar No. 156802)
SELTZER CAPLAN McMAHON VITEK
A LAW CORPORATION
750 B Street, Suite 2100
San Diego, CA 92101
Telephone: (619) 685-3111
Facsimile: (619) 702-6834

Attorneys for Defendants Ronald J. Haan,
Cinthia Haan and Syndacon Corporation

CYNTHIA L. MELLEMA (State Bar No.122798)
LETITIA R. KIM (State Bar No. 200142)
EMILY S. NOZICK (State Bar No. 201050)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472

Attorneys for Plaintiff Allstate Insurance Company

RECEIVED 06 FEB -6 PM 2: 29
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD J. HAAN, CINTHIA HAAN, STEPHEN DUKKER, SYNDACON CORPORATION, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 05 4948 EDL<br><br>STIPULATION EXTENDING TIME FOR DEFENDANTS RONALD J. HAAN, CINTHIA HAAN AND SYNDACON CORPORATION TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED by and between Plaintiff ALLSTATE INSURANCE COMPANY ("Plaintiff"), and Defendants RONALD J. HAAN, CINTHIA HAAN, and SYNDACON

///

///

1  CORPORATION ("Defendants"), by and through their respective counsel, that the time for Defendants
2  to respond to Plaintiff's Complaint be extended from February 6, 2006, to February 20, 2006.

Dated: February 2, 2006         SELTZER CAPLAN McMAHON VITEK,
                                A Law Corporation

                                By: _____
                                    Daniel A. Andrist
                                Attorneys for Defendants Ronald J. Haan, Cinthia
                                Haan and Syndacon Corporation

Dated: February 6, 2006         SONNENSCHEIN NATH & ROSENTHAL LLP

                                By: _____
                                    Cynthia L. Mellema
                                    Letitia R. Kim
                                    Emily S. Nozick
                                Attorneys for Plaintiff Allstate Insurance Company


IT IS SO ORDERED

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
Feb. 08, 2006
DATE

1

Case No. C 05 4948 EDL

# CERTIFICATE OF SERVICE

I, Katherine Carr James, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 685 Market Street, 6th Floor, San Francisco, California 94105.

On February 6, 2006, I served a copy of the following document entitled:

**STIPULATION EXTENDING TIME FOR DEFENDANTS RONALD J. HAAN, CINTHIA HAAN AND SYNDACON CORPORATION TO RESPOND TO COMPLAINT**

on the interested party in this action by placing a true copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

| | |
|---|---|
| **Daniel A. Andrist, Esq.**<br>**SELTZER CAPLAN MCMAHON VITEK**<br>**2100 Symphony Towers**<br>**750 B Street**<br>**San Diego, CA 92101**<br><br>Attorneys for Defendants<br>RONALD and CINTHIA HAAN, and<br>SYNDACON | **George William Wolff, Esq.**<br>**LAW OFFICE OF GEORGE W. WOLFF**<br>**655 Montgomery Street, Suite 940**<br>**San Francisco, CA 94126**<br><br>Atttorneys for Defendant<br>STEPHEN DUKKER |

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

☐ FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly maintained by Federal Express.

☐ HAND DELIVERY: I caused such document to be served by hand delivery on the above-referenced party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 6, 2006, at San Francisco, California.

*/s/ Katherine Carr James*
Katherine Carr James