```
1   CYNTHIA L. MELLEMA (State Bar No. 122798)
    LETITIA R. KIM (State Bar No. 200142)
2   EMILY S. NOZICK (State Bar No. 201050)
    SONNENSCHEIN NATH & ROSENTHAL LLP
3   685 Market Street, 6th Floor
    San Francisco, CA 94105
4   Telephone: (415) 882-5000
    Facsimile:  (415) 543-5472
5
    Attorneys for Plaintiff
6   ALLSTATE INSURANCE
    COMPANY
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD J. HAAN, CINTHIA HAAN, STEPHEN DUKKER, SYNDACON CORPORATION, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 05-4948 CRB<br><br>STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
|---|---|

### STIPULATION

The parties are exploring early settlement of this action, and respectfully submit this stipulated request that the Court continue the case management conference (currently scheduled for April 7) for sixty days.

IT IS SO STIPULATED.

SONNENSCHEIN NATH & ROSENTHAL LLP

DATED: 4.4.06

By: Letitia R. Kim
Attorneys for ALLSTATE INS. CO.

SELTZER CAPLAN MCMAHON VITEK

DATED: _____     _____
By: Daniel A. Andrist
Attorneys for RONALD J. HAAN,
CINTHIA HAAN, AND SYNDACON CORP.

LAW OFFICE OF GEORGE W. WOLFF

DATED: _____     _____
By: George William Wolff
Attorney for STEPHEN DUKKER

### ~~Proposed~~ Order

Based on the foregoing stipulation, the Court hereby ORDERS that the case management conference be continued to ___June 16, 2006 @ 8:30 a.m._____.

IT IS SO ORDERED.

DATED: __April 5, 2006_____     _____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer