CYNTHIA L. MELLEMA (State Bar No. 122798)
LETITIA R. KIM (State Bar No. 200142)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLSTATE INSURANCE COMPANY, an Illinois Corporation,

Plaintiff,

vs.

RONALD J. HAAN, CINTHIA HAAN, STEPHEN DUKKER, SYNDACON CORPORATION, and DOES 1 through 20, inclusive,

Defendants.

Case No. 05-4948 CRB

REQUEST FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Allstate Insurance Company hereby dismisses the complaint without prejudice. No defendant has served an answer or motion for summary judgment.

Dated: June 16, 2006

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____

June 19, 2006          LETITIA R. KIM

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED
Judge Charles R. Breyer

-1-
Req. for Dismissal w/o Prejudice
Case No. 05-4948 CRB