CYNTHIA L. MELLEMA (State Bar No. 122798)
LETITIA R. KIM (State Bar No. 200142)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD J. HAAN, CINTHIA HAAN, STEPHEN DUKKER, SYNDACON CORPORATION, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 05-4948 CRB<br><br>REQUEST FOR DISMISSAL WITHOUT PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Allstate Insurance Company hereby dismisses the complaint without prejudice. No defendant has served an answer or motion for summary judgment.

Dated: June 16, 2006

SONNENSCHEIN NATH & ROSENTHAL LLP

By /s/ Letitia R. Kim

June 19, 2006

LETITIA R. KIM

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY



IT IS SO ORDERED
Judge Charles R. Breyer

-1-
Req. for Dismissal w/o Prejudice
Case No. 05-4948 CRB