CYNTHIA L. MELLEMA (State Bar No. 122798)
VIRGINIA K. YOUNG (State Bar No. 174384)
EMILY S. NOZICK (State Bar No. 201050)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RONALD J. HAAN, CINTHIA HAAN, STEPHEN DUKKER, SYNDACON CORPORATION, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. C 05-4948 CRB<br><br>REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF VIRGINIA K. YOUNG |

### REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

The underlying tort matter to this action has settled. Allstate and the Haans/Syndacon are currently drafting a settlement agreement for this action.  Allstate respectfully requests that the Court continue the case management conference (currently scheduled for September 8, 2006) for sixty days.  Counsel for the Haans/Syndacon does not object to this request.  Allstate has, concurrently with this request, requested that Defendant Stephen Dukker be dismissed without prejudice from this action.

SONNENSCHEIN NATH & ROSENTHAL LLP

DATED: September 5, 2006        /s/ Virginia K. Young

By: Virginia K. Young
Attorneys for ALLSTATE INS. CO.

### DECLARATION OF VIRGINIA K. YOUNG

I, Virginia K. Young, declare:

1. I am an associate at Sonnenschein Nath & Rosenthal LLP, counsel for Allstate Insurance Company in the above matter. I have personal knowledge of the facts set forth herein and if called as a witness in this matter, I could and would testify competently thereto.

2. On August 31, 2006, I contacted counsel for the Haans/Syndacon, Daniel Andrist, and suggested that the parties request to continue the September 8, 2006 case management conference in this matter for 60 days while the parties prepare the settlement agreement. Mr. Andrist indicated that the Haans/Syndacon do not object to this continuance.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on September 5, 2006 in El Dorado Hills, California.

/s/ Virginia K. Young

Virginia K. Young

### ~~Proposed Order~~

Based on the foregoing, the Court hereby ORDERS that the case management conference be continued to ___November 17, 2006 @ 8:30 a.m._____.

IT IS SO ORDERED.

DATED: __September 6, 2006__    _____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE



-2-



Req. & Prop. Order to Continue CMC
Case No. C 05-4948 CRB