1  CYNTHIA L. MELLEMA (State Bar No. 122798)
   VIRGINIA K. YOUNG (State Bar No. 174384)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
3  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
4  Facsimile: (415) 882-0300

5  Attorneys for Plaintiff
   ALLSTATE INSURANCE
6  COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ALLSTATE INSURANCE COMPANY, an Illinois Corporation, | Case No. 05-4948 CRB |
|---|---|
| Plaintiff, | REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT STEPHEN DUKKER ONLY |
| vs. | |
| RONALD J. HAAN, CINTHIA HAAN, STEPHEN DUKKER, SYNDACON CORPORATION, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Allstate Insurance Company hereby dismisses defendant Stephen Dukker without prejudice, each side to bear its own costs and attorneys fees. Defendant Dukker has not filed an answer or summary judgment motion or otherwise appeared in this action.

-1-

Req. for Dismissal w/o Prejudice
Case No. 05-4948 CRB

| | |
|---|---|
| Dated: September 5, 2006 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| | By /s/ Virginia K. Young _____ |
| | VIRGINIA K. YOUNG |
| | Attorneys for Plaintiff<br>ALLSTATE INSURANCE COMPANY |



September 6, 2006

-2-

Req. for Dismissal w/o Prejudice
Case No. 05-4948 CRB