CYNTHIA L. MELLEMA (State Bar No. 122798)
VIRGINIA K. YOUNG (State Bar No. 174384)
EMILY S. NOZICK (State Bar No. 201050)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD J. HAAN, CINTHIA HAAN, STEPHEN DUKKER, SYNDACON CORPORATION, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 05-4948 CRB<br><br>REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF VIRGINIA K. YOUNG |

### REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

Allstate and the Haans/Syndacon have been working toward settlement of this action. In the past month, a few matters have come up which have required additional investigation, however the parties are still working toward settlement. Allstate respectfully requests that the Court continue the case management conference (currently scheduled for November 4, 2006) for sixty days. Counsel for the Haans/Syndacon does not object to this request.

SONNENSCHEIN NATH & ROSENTHAL LLP

DATED: October 27, 2006    /s/ Virginia K. Young

By: Virginia K. Young
Attorneys for ALLSTATE INS. CO.

### DECLARATION OF VIRGINIA K. YOUNG

I, Virginia K. Young, declare:

1. I am an associate at Sonnenschein Nath & Rosenthal LLP, counsel for Allstate Insurance Company in the above matter. I have personal knowledge of the facts set forth herein and if called as a witness in this matter, I could and would testify competently thereto.

2. On October 25, 2006, I contacted counsel for the Haans/Syndacon, Daniel Andrist, and suggested that the parties request to continue the November 4, 2006 case management conference in this matter for 60 days while the parties continue to work toward settlement of this matter. Mr. Andrist indicated that the Haans/Syndacon do not object to this continuance.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on October 27, 2006 in El Dorado Hills, California.

/s/ Virginia K. Young

Virginia K. Young

### ~~P~~R~~OPOSED~~ O~~RDER~~

Based on the foregoing, the Court hereby ORDERS that the case management conference be continued to __December 15, 2006 @ 8;30 a.m._____.

IT IS SO ORDERED.

DATED: __October 27, 2006__    _____
The Honorable
UNITED STATES DISTRICT JUDGE



-2-

Req. & [Prop.] Order to Continue CMC
Case No. C 05-4948 CRB