1  CYNTHIA L. MELLEMA (State Bar No. 122798)
   VIRGINIA K. YOUNG (State Bar No. 174384)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
3  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
4  Facsimile: (415) 882-0300

5  Attorneys for Plaintiff
   ALLSTATE INSURANCE
6  COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ALLSTATE INSURANCE COMPANY, an Illinois Corporation, | Case No. 05-4948 CRB |
|---|---|
| Plaintiff, | REQUEST FOR DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| RONALD J. HAAN, CINTHIA HAAN, STEPHEN DUKKER, SYNDACON CORPORATION, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Allstate Insurance Company hereby dismisses the above-captioned action without prejudice, each side to bear its own costs and attorneys fees.

Dated: November 16, 2006

SONNENSCHEIN NATH & ROSENTHAL LLP

By /s/ Virginia K. Young

VIRGINIA K. YOUNG

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY



IT IS SO ORDERED
Judge Charles R. Breyer
November 27, 2006

-1-

Req. for Dismissal w/o Prejudice
Case No. 05-4948 CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-2-

Req. for Dismissal w/o Prejudice
Case No. 05-4948 CRB